# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GEORGE HUFF,
ADC #154026                                                                                           PLAINTIFF

v.                                    5:15CV00065-JM-JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Norris and Kelley are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of April, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1