# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GEORGE HUFF,                                                                                   PLAINTIFF
ADC #154026

v.                                      5:15CV00065-JM-JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Shelia Perry and Williams are DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 26th day of January, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE